In the Matter of the Application of William R. Willcox and Others,

Constituting the Public Service Commission, etc.   Ashland Place Section, Fourth Avenue Subway.— Motion for leave to appeal to the Court of Appeals granted.   Present — Burr, Thomas, Carr, Rich and Stapleton, JJ. Order to be settled before Mr. Justice Carr.